# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ALVIN MALONE, SR. | ) | |
| WANDA MALONE | ) | CASE NO. 15-08097 |
| | ) | |
| Debtors | ) | |

**The deadline for filing a timely response is 7/2/19**
**If a response is timely filed the hearing date will be: 7/24/19 at 8:30 a.m. Customs House, Courtroom 1, 701 Broadway, 2nd Floor, Nashville, TN 37203**

### DEBTORS' RESPONSE TO TRUSTEE'S MOTION TO DISMISS

COMES THE DEBTORS, through counsel, Rothschild & Ausbrooks, PLLC, and in response to the Trustee's Motion to Dismiss state that their 2017 tax return has been provided to the Trustee now. The Debtors request that this motion be denied.

Respectfully submitted,

*/s/ Mary Beth Ausbrooks*
MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com